# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Moore, Kimberly A. | Federal Circuit | 05/05/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2009<br>to<br>12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S.C.A. Federal Circuit<br>717 Madison Place NW<br>Washington, DC 20439 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Moore, Kimberly A.

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 05/05/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | West-Thomson, Book Royalities | $5,495.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | attorney, self-employed, partner |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of Corporate Patent Counsel | 01/24/2009 - 01/28/2009 | Fajardo, Puerto Rico | Conference | Transportation, Meals, & Lodging |
| 2. | Federal Circuit Bar Association | 6/18/2009 - 6/21/2009 | White Sulphur Springs, West Virginia | Conference | Meals & Lodging |
| 3. | American Bar Association | 11/12/2009 - 11/15/2009 | Orlando, Florida | Conference | Transportation, Meals, & Lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 05/05/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | National City Mortgage Co. | Mortgage on Rental Property | O |
| 2. | Citibank | Loan | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property ( 2008 $2,211,554.00) | F | Rent | P1 | S | | | | | |
| 2. Chevy Chase Bank Checking Account | A | Interest | M | T | | | | | |
| 3. Citibank | D | Interest | J | T | | | | | |
| 4. Northwestern Mutual Life Insurance | B | Dividend | J | T | | | | | |
| 5. Northwestern Mutual Life Insurance | B | Dividend | J | T | | | | | |
| 6. Berkshire Life Insurance | A | Dividend | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. Fidelity Retirement Account | | | | | | | | | |
| 9. -Fidelity Freedom 2035 | | None | | | Buy (add'l) | 01/06/09 | J | | |
| 10. | | | | | Sold | 02/04/09 | M | | |
| 11. -Fidelity Capital & Income | D | Dividend | L | T | Buy | 02/04/09 | L | | |
| 12. | | | | | Buy (add'l) | 02/06/09 | J | | |
| 13. | | | | | Buy (add'l) | 03/05/09 | J | | |
| 14. | | | | | Buy (add'l) | 04/03/09 | J | | |
| 15. | | | | | Buy (add'l) | 04/13/09 | J | | |
| 16. | | | | | Buy (add'l) | 05/05/09 | J | | |
| 17. | | | | | Buy (add'l) | 06/04/09 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 08/06/09 | J | | |
| 19. -Fidelity Contra | A | Dividend | K | T | Buy | 02/04/09 | K | | |
| 20. | | | | | Buy (add'l) | 02/06/09 | J | | |
| 21. | | | | | Buy (add'l) | 03/05/09 | J | | |
| 22. | | | | | Buy (add'l) | 04/03/09 | J | | |
| 23. | | | | | Buy (add'l) | 04/13/09 | J | | |
| 24. | | | | | Buy (add'l) | 05/05/09 | J | | |
| 25. | | | | | Buy (add'l) | 06/04/09 | J | | |
| 26. | | | | | Buy (add'l) | 08/06/09 | J | | |
| 27. -Fidelity Low PR STK | A | Dividend | K | T | Buy | 02/04/09 | K | | |
| 28. | | | | | Buy (add'l) | 02/06/09 | J | | |
| 29. | | | | | Buy (add'l) | 03/05/09 | J | | |
| 30. | | | | | Buy (add'l) | 04/03/09 | J | | |
| 31. | | | | | Buy (add'l) | 04/13/09 | J | | |
| 32. | | | | | Buy (add'l) | 05/05/09 | J | | |
| 33. | | | | | Buy (add'l) | 06/04/09 | J | | |
| 34. -Fidelity US BD Index | C | Dividend | L | T | Buy | 02/04/09 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 02/06/09 | J | | |
| 36. | | | | | Buy (add'l) | 03/05/09 | J | | |
| 37. | | | | | Buy (add'l) | 04/03/09 | J | | |
| 38. | | | | | Buy (add'l) | 04/13/09 | J | | |
| 39. | | | | | Buy (add'l) | 05/05/09 | J | | |
| 40. | | | | | Buy (add'l) | 06/04/09 | J | | |
| 41. | | | | | | | | | |
| 42. Smith Barney Retirement Account * (See Part VIII) | | None | M | T | | | | | |
| 43. | | | | | | | | | |
| 44. Morgan Stanley Accounts * (See Part VIII) | | | | | | | | | |
| 45. -American CAP Strategies | A | Dividend | | | Sold | 3/6/09 | J | | |
| 46. -Wells Fargo CAP Trust Preferred | A | Interest | | | Sold | 2/4/2009 | J | | |
| 47. -First Eagle FDS Inc Overseas FD | | None | | | Redeemed | 2/4/2009 | L | | |
| 48. -Thornburg Invt TR Invt Income Builder Fund | A | Dividend | | | Redeemed | 2/4/2009 | L | | |
| 49. -Goldman Sachs Trust Growth Strategy Portfund | | None | | | Redeemed | 2/2/2009 | L | | |
| 50. -RS Large Cap Alpha C | | None | | | Redeemed | 2/4/2009 | L | | |
| 51. -MS Liquid Asset | A | Interest | | | Closed | 5/4/2009 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Grant Park Futures Fund | | None | | | Sold | 03/18/09 | K | | |
| 53. | | | | | | | | | |
| 54.  Charles Schwab Accounts | | | | | | | | | |
| 55.  -Proshares Ultra Financial (previously held w/ MS) | D | Dividend | K | T | Buy | 2/4/2009 | K | | |
| 56. | | | | | Sold (part) | 08/11/09 | J | B | |
| 57. | | | | | Sold (part) | 09/16/09 | J | C | |
| 58.  -Proshares Ultra DJ AIG | D | Dividend | | | Buy | 02/19/09 | J | | |
| 59. | | | | | Buy (add'l) | 04/20/09 | J | | |
| 60. | | | | | Sold | 05/29/09 | K | D | |
| 61.  -Proshares Ultra Short | | None | L | T | Buy | 09/14/09 | K | | |
| 62. | | | | | Buy (add'l) | 11/16/09 | K | | |
| 63. | | | | | Buy (add'l) | 12/15/09 | J | | |
| 64.  -Alltel Corp Notes | B | Interest | K | T | Buy | 02/11/09 | K | | |
| 65.  -United Health Bonds | A | Interest | K | T | Buy | 02/11/09 | K | | |
| 66.  -Anheuser Busch Bonds | A | Interest | K | T | Buy | 02/11/09 | K | | |
| 67.  -Ingersoll-RND | B | Interest | L | T | Buy | 02/11/09 | K | | |
| 68.  -XTO Energy Inc | A | Interest | L | T | Buy | 02/11/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -EBay | D | Dividend | | | Buy | 02/18/09 | J | | |
| 70. | | | | | Sold (part) | 08/11/09 | J | C | |
| 71. | | | | | Sold | 09/02/09 | J | D | |
| 72.  -Profunds Ultra Small Cap | E | Dividend | | | Buy | 02/25/09 | J | | |
| 73. | | | | | Buy (add'l) | 04/24/09 | J | | |
| 74. | | | | | Sold (part) | 08/11/09 | J | C | |
| 75. | | | | | Sold (part) | 09/16/09 | J | D | |
| 76. | | | | | Sold | 10/19/09 | J | D | |
| 77.  -Profunds Basic Materials | E | Dividend | | | Buy | 02/25/09 | J | | |
| 78. | | | | | Buy (add'l) | 04/27/09 | J | | |
| 79. | | | | | Sold (part) | 08/11/09 | J | C | |
| 80. | | | | | Sold (part) | 09/16/09 | J | D | |
| 81. | | | | | Sold | 10/19/09 | J | D | |
| 82.  -Profunds Ultra Latin America | B | Dividend | J | T | Buy | 07/24/09 | J | | |
| 83. | | | | | Sold (part) | 09/16/09 | J | B | |
| 84.  -Vanguard GNMA | B | Dividend | L | T | Buy | 02/26/09 | K | | |
| 85. | | | | | Buy (add'l) | 08/21/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Buy (add'l) | 10/19/09 | K | | |
| 87. -Procter & Gamble | | None | | | Buy | 04/20/09 | K | | |
| 88. | | | | | Sold | 04/21/09 | K | | |
| 89. -Vanguard High Yield | B | Dividend | K | T | Buy | 04/27/09 | K | | |
| 90. | | | | | Buy (add'l) | 11/16/09 | K | | |
| 91. -Hovnanian | C | Dividend | | | Buy | 07/23/09 | J | | |
| 92. | | | | | Sold (part) | 08/11/09 | J | B | |
| 93. | | | | | Sold (part) | 09/16/09 | J | A | |
| 94. | | | | | Sold | 10/19/09 | J | B | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 05/05/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII.

Smith Barney Retirement Account:
This is a retirement account that doesn't allow individual control of investment selections.

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Kimberly A. | 05/05/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544